FRANCIS M. REED, as Administrator, etc., of DAVID M. REED, Respondent,

v. JAMES C. DAVIS, Director-General of Railroads, etc., NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.